THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOHN HOCH, Appellant.

(Submitted October 5, 1896; decided October 13, 1886.)

THIS was a motion to correct the record on appeal herein.
(See *People* v. *Hoch, ante,* p. 291.)

Motion denied. This court cannot change the record.

---

THE FIRST NATIONAL BANK of Amsterdam, Respondent, *v.*
ELIZABETH N. SHULAR, Impleaded, etc.

T. H. BENTON CRANE, as Receiver, etc., Appellant, *v.* ELIZ-
ABETH N. SHULAR et al., Respondents.

(Argued October 5, 1896; decided October 13, 1896.)

THIS was a motion to advance and place upon the present
calendar the appeals in the above-entitled cases, upon the
grounds that two estates and the accounts of a receiver could
not be finally settled until their determination.

Denied, without costs.

---

In the Matter of the Complaint of EVERETT GREENE to
Review the Determination of THE BOARD OF ELECTIONS OF
THE CITY OF BROOKLYN.

*In re Greene,* 9 App. Div. 223, affirmed.
(Argued October 15, 1896; decided October 16, 1896.)

APPEAL from order of the Appellate Division of the
Supreme Court in the second judicial department, made Octo-
ber 14, 1896, which affirmed the portion of an order of the
Special Term that reversed a determination of the board of
elections of the city of Brooklyn that the certificate of the
nomination of the complainant is not a party certificate, and
which reversed the portion thereof that sustained the determi-
nation of the board that the party name, " National Democratic
Party," is substantially the same name as the Democratic Party.

*Almet F. Jenks* and *Asa Bird Gardiner* for appellant.

*Edward M. Shepard* for respondent.

Order affirmed, without costs ; no opinion.
All concur, except VANN, J., not voting.